160 P.3d 738

# SUPREME COURT OF HAWAI'I

**June 22, 2007**

| 26541 | Jou v. Schmidt | Affirmed |
|-------|----------------|----------|
| 26540 | Jou v. Schmidt | Affirmed |

**June 26, 2007**

| 26188 | Vidinha v. Miyaki | Affirmed |
|-------|-------------------|----------|